(Official Form 1) (10/05)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Energy Health & Fitness Center, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**20-3135965** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**17131 Valley Drive**<br>**Tinley Park, IL**<br>ZIP Code **60448** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 929**<br>**Orland Park, IL**<br>ZIP Code **60462** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br><br>**Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business    ■ Business |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |
|---|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                      FORM B1, Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Energy Health & Fitness Center, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)        Date |
|---|---|

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**<br><br>☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |
|---|---|

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|
| **Venue** (Check any applicable box)<br><br>■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.*<br><br>☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br><br>        _____<br>        (Address of landlord)<br><br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

(Official Form 1) (10/05)                                                                                    FORM B1, Page 3

## Voluntary Petition

| | |
|---|---|
| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Energy Health & Fitness Center, Inc.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.<br><br>☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| **X** **/s/ Julia E. Jensen**<br>_____<br>Signature of Attorney for Debtor(s)<br><br>**Julia E. Jensen 6272466**<br>Printed Name of Attorney for Debtor(s)<br><br>**DiMonte and Lizak, LLC**<br>Firm Name<br><br>**216 Higgins Road**<br>**Park Ridge, IL 60068**<br>Address<br><br><br>**(847) 698-9600  Fax: (847) 698-9623**<br>Telephone Number<br><br>**August 14, 2006**<br>Date | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** **/s/ David Kress**<br>_____<br>Signature of Authorized Individual<br><br>**David Kress**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**August 14, 2006**<br>Date | |

Form 6-Summary
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Energy Health & Fitness Center, Inc.**
_____,
Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 16,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 306,987.19 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 11 | | 21,180.93 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 232,585.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 16,000.00 | | |
| Total Liabilities | | | | 560,754.08 | |

Form B6A
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | **0.00** | (Total of this page) |
|  | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Energy Health & Fitness Center, Inc.**                                    ,        Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account, Founders Bank, 05078027** | - | 16,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **16,000.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re    **Energy Health & Fitness Center, Inc.** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6B
(10/05)

In re    **Energy Health & Fitness Center, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)
Total >          16,000.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6D
(10/05)

In re   **Energy Health & Fitness Center, Inc.**                              ,   Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allegiance Community Bank**<br>**8001W. 183rd Street**<br>**Tinley Park, IL 60477** | X | - | **Purchase Money Security**<br><br>**May be a lease**<br><br><br>Value $          0.00 | | | | 100,000.00 | 100,000.00 |
| Account No. **591047523 2**<br><br>**Key Equipment Finance**<br>**600 Travis  #1300**<br>**Houston, TX 77002** | X | - | **Purchase Money Security**<br><br>**May be a lease; see Schedule G**<br><br><br>Value $          0.00 | | | X | 54,843.36 | 54,843.36 |
| Account No. **591047523 1**<br><br>**Key Equipment Finance**<br>**600 Travis  #1300**<br>**Houston, TX 77002** | X | - | **Purchase Money Security**<br><br>**May be a lease**<br><br><br>Value $          0.00 | | | X | 27,262.29 | 27,262.29 |
| Account No.<br><br>**Mokena Plaza LLC**<br>**C/o Vallejo Management Inc.**<br>**15607 S. Harlem Avenue**<br>**Orland Park, IL 60462** | X | - | **Judgment Lien**<br><br>**Building lease; citation agreement**<br><br><br>Value $          0.00 | | | | 48,442.63 | 48,442.63 |

<u>    1    </u> continuation sheets attached

Subtotal
(Total of this page)          230,548.28

Form B6D - Cont.
(10/05)

In re    **Energy Health & Fitness Center, Inc.**               ,    Case No. _____

                                  Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **207941** <br><br> **Pawnee Leasing** <br> **700 Center Avenue** <br> **Fort Collins, CO 80526** | X | - | May be a lease; see Schedule G <br><br><br> Value $     0.00 | | | X | 33,920.73 | 33,920.73 |
| Account No. **1119Z-26822** <br><br> **Puget Sound Leasing** <br> **P.O. Box 1295** <br> **Issaquah, WA 98027** | X | - | May be a lease; see Schedule G <br><br><br> Value $     0.00 | | | X | 42,518.18 | 42,518.18 |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 76,438.91 | |
| Total <br> (Report on Summary of Schedules) | 306,987.19 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

Form B6E
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                                          Case No. _____
                                                                                    ,
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**10**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                                        ,    Case No. _____

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | | |
| Account No.<br><br>**Alyssa Stanish**<br>**17419 Bridalwood Lane**<br>**Tinley Park, IL 60477** | - | **07/09/06 to 07/20/06**<br><br>**Employee Wages** | | | | | | 213.37 | 213.37 |
| Account No.<br><br>**Ann Francis**<br>**361 Wildrock Terrace**<br>**Matteson, IL 60443** | - | **07/09/06 to 07/20/06**<br><br>**Employee Wages** | | | | | | 829.44 | 829.44 |
| Account No.<br><br>**Brenda Wiltgen**<br>**22420 Parkview Lane**<br>**Frankfort, IL 60423** | - | **07/02/06 to 07/15/06**<br><br>**Employee Wages** | | | | | | 20.00 | 20.00 |
| Account No.<br><br>**Carley Maxwell**<br>**20208 E. Lismore Circle**<br>**Frankfort, IL 60423** | - | **06/25/06 to 07/08/06 and 07/0/06 to 07/20/06**<br><br>**Employee Wages** | | | | | | 511.60 | 511.60 |
| Account No.<br><br>**Carol R. Clarin**<br>**8119 Brushwood Lane**<br>**Tinley Park, IL 60477** | - | **07/09/06 to 0720/06**<br><br>**Employee Wages** | | | | | | 237.38 | 237.38 |

Sheet __1__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 1,811.79 | 1,811.79 |
|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re  **Energy Health & Fitness Center, Inc.**                                        ,   Case No. _____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | 07/09/06 to 07/20/06 | | | | | |
| Diane Gurtowski 19700 Heritage Drive Tinley Park, IL 60477 | | - | | Employee Wages | | | | 53.55 | 53.55 |
| Account No. | | | | 07/09/06 to 07/20/06 | | | | | |
| John L. Rodriguez 13406 LeClaire Avenue Midlothian, IL 60445 | | - | | Employee Wages | | | | 152.00 | 152.00 |
| Account No. | | | | 07/09/06 to 07/20/06 | | | | | |
| Katherine D. Duran 7856 W. Kingston Drive Frankfort, IL 60423 | | - | | Employee Wages | | | | 261.75 | 261.75 |
| Account No. | | | | 07/09/06 to 07/20/06 | | | | | |
| Laura Brenner 15636 Arroyo Drive Oak Forest, IL 60452 | | - | | Employee Wages | | | | 189.20 | 189.20 |
| Account No. | | | | 06/25/06 to 07/08/06 and 07/02/06 to 07/15/06 | | | | | |
| Laura Clarke 157 Evergreen Drive Frankfort, IL 60423 | | - | | Employee Wages | | | | 46.00 | 46.00 |

Sheet __2__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 702.50 | 702.50 |

Form B6E - Cont.
(10/05)

In re  **Energy Health & Fitness Center, Inc.**                              ,   Case No. _____

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Leslie Nolan 9135 W. Dralle Road Frankfort, IL 60423 | - | | 07/02/06 to 07/15/06 Employee Wages | | | | 20.00 | 20.00 |
| Account No. Mary Feldmeier 5944 W. Eagle Lake Road Peotone, IL 60468 | - | | 06/25/06 to 07/08/06 and 07/02/06 to 07/15/06 Employee Wages | | | | 92.00 | 92.00 |
| Account No. Sara Vega 19543 Heritage Drive Tinley Park, IL 60477 | - | | 06/25/06 to 07/08/06 and 07/09/06 to 07/20/06 Employee Wages | | | | 598.61 | 598.61 |
| Account No. Theresa A. Leeer 178095 S. 66th Court Tinley Park, IL 60477 | - | | 07/09/06 to 07/20/06 Employee Wages | | | | 450.50 | 450.50 |
| Account No. | | | | | | | | |

Sheet __3__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 1,161.11 | 1,161.11 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re   **Energy Health & Fitness Center, Inc.**                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Adam Haywood**<br>**9950 Derby Lane**<br>**Mokena, IL 60448** | | - | **05/30/06 to 08/23/06**<br><br>**Student Membership** | | | | 32.67 | 32.67 |
| Account No.<br><br>**Barri & Joseph Antoniolli**<br>**15116 S. Will Cook Road**<br>**IL 60491** | | - | **04/29/06 to 11/18/06**<br><br>**Couple Membership** | | | | 234.82 | 234.82 |
| Account No.<br><br>**Brian Tropeck**<br>**20358 White Fence**<br>**Frankfort, IL 60423** | | - | **05/26/06 to 08/31/06**<br><br>**Student Membership** | | | | 39.93 | 39.93 |
| Account No.<br><br>**Cliff Rudzki**<br>**17322 Olcott Court**<br>**Tinley Park, IL 60477** | | - | **05/17/06 to 08/17/06**<br><br>**Student Membership** | | | | 26.73 | 26.73 |
| Account No.<br><br>**Courtney Peters**<br>**19342 Tramore Lane**<br>**Mokena, IL 60448** | | - | **05/26/06 to 08/31/069**<br><br>**Student Membership** | | | | 39.93 | 39.93 |

Sheet  **4**  of  **10**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 374.08 | 374.08 |
|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re   **Energy Health & Fitness Center, Inc.**                                    ,        Case No. _____

                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Debbie Holmstrom**<br>**13736 Mary Drive**<br>**Orland Park, IL 60462** | - | | | **Double Billing Refund** | | | | 89.80 | 89.80 |
| Account No.<br><br>**Debra & George Cato**<br>**22656 Hunters Trail**<br>**Frankfort, IL 60423** | - | | | **03/18/06 to 03/18/07**<br><br>**Corporate Couple Membership** | | | | 399.60 | 399.60 |
| Account No.<br><br>**Erik Rancatore**<br>**501 Lincoln Lane**<br>**Frankfort, IL 60423** | - | | | **06/26/06 to 08/31/06**<br><br>**Student Membership** | | | | 39.93 | 39.93 |
| Account No.<br><br>**Jim Wiechec**<br>**4916 W. Lamb Drive**<br>**Oak Lawn, IL 60453** | - | | | **01/12806 to 01/14/07** | | | | 115.71 | 115.71 |
| Account No.<br><br>**John Juarez Jr.**<br>**19524 Brookside Drive**<br>**Tinley Park, IL 60477** | - | | | **02/20/06 to 12/31/06**<br><br>**Single Membership** | | | | 212.80 | 212.80 |

Sheet __5__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 857.84 | 857.84 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re **Energy Health & Fitness Center, Inc.** , Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Joshua Kratovil <br> 18918 Marley Lane <br> Mokena, IL 60448 | - | | 05/08/06 to 08/31/06 <br><br> Student Membership | | | | 39.93 | 39.93 |
| Account No. <br><br> Julie Triggs-Redmond <br> 20823 Acorn Ridge <br> Frankfort, IL 60423 | - | | 05/24/06 to 08/31/06 <br><br> Student Membership | | | | 39.93 | 39.93 |
| Account No. <br><br> Kevin Borowski <br> 19955 Lakeview Way <br> Mokena, IL 60448 | - | | 5/30/06 to 8/23/06 <br><br> Student Membership | | | | 29.95 | 29.95 |
| Account No. <br><br> Kevin Koplin <br> 21461 Higley Court <br> Frankfort, IL 60423 | - | | 07/11/06 to 09/30/06 <br><br> Single Membership | | | | 93.21 | 93.21 |
| Account No. <br><br> Lavern Maletich <br> 9324 Chestnut Trail <br> Tinley Park, IL 60477 | - | | 05/17/06 to 09/30806 <br><br> Senior Membership | | | | 69.88 | 69.88 |

Sheet **6** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 272.90 | 272.90 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6E - Cont.
(10/05)

In re  **Energy Health & Fitness Center, Inc.**                              ,        Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Mark Johnson**<br>**18913 Parkway Lane**<br>**Mokena, IL 60448** | - | | | | **05/30/06 to 08/23/06**<br><br>**Student Membership** | | | | 32.67 | 32.67 |
| Account No.<br><br>**Michael McNellis**<br>**4300 W. Termunde**<br>**Alsip, IL 60803** | - | | | | **03/01/06 to 08/31/06**<br><br>**Corporate Single** | | | | 39.93 | 39.93 |
| Account No.<br><br>**Michelle, Pete & Anthony Craven**<br>**7948 Big Buck Trail**<br>**Mokena, IL 60448** | - | | | | **11/15/06 to 01/15/07**<br><br>**Family Membership** | | | | 407.95 | 407.95 |
| Account No.<br><br>**Nicole Heidnich**<br>**7828 Brookside**<br>**Tinley Park, IL 60477** | - | | | | **06/18/06 to 09/15/06**<br><br>**Single Membership** | | | | 79.90 | 79.90 |
| Account No.<br><br>**Ray Smoda**<br>**7555 Lakeside Drive**<br>**Frankfort, IL 60423** | - | | | | **01/15/06 to 01/15/07**<br><br>**Student Membership** | | | | 174.70 | 174.70 |

Sheet  **7**  of  **10**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            735.15            735.15

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                              ,    Case No. _____
                                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | 05/26/06 to 08/31/06 | | | | | |
| Sarah Reidy 17026 Bedford Lane Tinley Park, IL 60477 | - | | | Student Membership | | | | 39.93 | 39.93 |
| Account No. | | | | 05/17/06 to 08/17/06 | | | | | |
| Shannon Durocher 9068 Kenvara Mokena, IL 60448 | - | | | Student Membership | | | | 29.95 | 29.95 |
| Account No. | | | | 06/25/06 to 09/01/06 | | | | | |
| Spiro Vallianatos 10847 Anthony Drive Orland Park, IL 60467 | - | | | Single Membership | | | | 53.26 | 53.26 |
| Account No. | | | | 04/06/06 to 11/01/06 | | | | | |
| Tony Geanopoulos & Cathy Zettle 7406 Quail Circle Oak Forest, IL 60452 | - | | | Couple Membership | | | | 187.06 | 187.06 |
| Account No. | | | | 02/19/06 to 08/31/06 | | | | | |
| Tony Labriola 19386 Cherry Street Mokena, IL 60448 | - | | | Student Membership | | | | 39.93 | 39.93 |

Sheet __8__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 350.13 | 350.13 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re   **Energy Health & Fitness Center, Inc.** _____ ,   Case No. _____

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vicki Rochkus**<br>**20234 Lismore Court**<br>**Frankfort, IL 60423** | - | | | **04/04/06 to 04/04/07**<br><br>**Single Membership** | | | | 338.24 | 338.24 |
| Account No.<br><br>**Willam & Correa Arnold**<br>**1631 Edmond Avenue**<br>**New Lenox, IL 60451** | - | | | **02/05/06 to 02/05/07**<br><br>**Couple Membership** | | | | 388.05 | 388.05 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __9__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) | 726.29 | 726.29

Form B6E - Cont.
(10/05)

In re **Energy Health & Fitness Center, Inc.** ,     Case No. _____

                                     Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Department Employment Secu 33 South State Street Chicago, IL 60603** | | - | **Payroll Liability** | | | | 2,522.79 | 2,522.79 |
| Account No.<br><br>**Illinois Department of Revenue ICS Payment & Correspondence Unit P.O. Box 19043 Springfield, IL 62794-9043** | X | - | **Payroll Liability** | | | | 1,533.98 | 1,533.98 |
| Account No. **FEIN 20-3135965**<br><br>**Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604** | | - | **Payroll Liabilities** | | | | 10,132.37 | 10,132.37 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __10__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 14,189.14 | 14,189.14 |
| Total<br>(Report on Summary of Schedules) | 21,180.93 | 21,180.93 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                                         Case No. _____
_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No. **1254-20731** <br><br> **2XL Corporation** <br> **27 McIntosh Avenue** <br> **Clarendon Hills, IL 60514** | | - | | | | | | 515.70 |
| Account No. **70847840009660** <br><br> **A T & T** <br> **P.O. Box 5072** <br> **Saginaw, MI 48605-5072** | | - | | | | | | 430.08 |
| Account No. <br><br> **A-Glass & Mirror Company** <br> **19715 S. LaGrange Road** <br> **Mokena, IL 60448** | | - | | | | | | 6,978.00 |
| Account No. <br><br> **Allied Measurement Systems Corp.** <br> **P.O. Box 843** <br> **Crestwood, IL 60445** | | - | | | | | | 2,668.91 |

__10__   continuation sheets attached

Subtotal
(Total of this page)          **10,592.69**

Form B6F - Cont.
(10/05)

In re  **Energy Health & Fitness Center, Inc.**                                                  ,   Case No. _____
                                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 3713-255228-52005 | | | | | | | | | |
| American Express Blue Cash P.O. Box 7863 Fort Lauderdale, FL 33329-7863 | X | - | | | | | | | 4,901.07 |
| Account No. | | | | | Tech Support Agreement | | | | |
| Aphellian Tech Support 1100 Nasa Parkway  #606 Houston, TX 77058 | | - | | | | | | | Unknown |
| Account No.  Agreement #096 | | | | | | | | | |
| Baycap, LLC 423 S. Pacific Coast Highway  #201 Redondo Beach, CA 90277 | X | - | | | | | | | 112,340.00 |
| Account No. 4115-0725-7709-3993 | | | | | | | | | |
| Capital One Services, Inc. P.O. Box 5155 Norcross, GA 30091 | X | - | | | | | | | 2,093.00 |
| Account No. 90140975 | | | | | | | | | |
| CIT Group / EF File #55603 Los Angeles, CA 90074-5603 | X | - | | | | | | | 4,060.13 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

123,394.20

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **90140754** | | | | | | | | |
| **CIT Group / EF File #55603 Los Angeles, CA 90074-5603** | X | - | | | | | | 33,818.17 |
| Account No. **5082-2900-0708-7320** | | | | | | | | |
| **Citibusiness Card P.O. Box 44180** | X | - | | | | | | 5,164.56 |
| Account No. | | | | | | | | |
| **Climate Master Mechanical 19133 S. 85th Court Mokena, IL 60448** | | - | | | | | | 4,440.00 |
| Account No. | | | | | | | | |
| **Coffee News City Graphics P.O. Box 585 New Lenox, IL 60451** | | - | | | | | | 589.32 |
| Account No. **0033114073** | | | | | | | | |
| **ComEd P.Box 87522** | | - | | | | | | 21.79 |

Sheet no. __**2**___ of __**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **44,033.84**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Energy Health & Fitness Center, Inc.**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0153153032** <br><br> **ComEd** <br> **P.O. Box 87522** <br> **Chicago, IL 60680** | | - | | | | | | | **36.31** |
| Account No. **0923006035** <br><br> **ComEd** <br> **P.O. Box 87522** <br> **Chicago, IL 60680** | | - | | | | | | | **21.05** |
| Account No. **0777127036** <br><br> **ComEd** <br> **P.O. Box 87522** <br> **Chicago, IL 60680** | | - | | | | | | | **548.25** |
| Account No. **0114049026** <br><br> **ComEd** <br> **P.O. Box 87522** <br> **Chicago, IL 60680** | | - | | | | | | | **57.18** |
| Account No. **12811111080** <br><br> **ComEd** <br> **P.O. Box 87522** <br> **Chicago, IL 60680** | | - | | | | | | | **57.18** |

Sheet no. __**3**___ of __**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **719.97**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                                      ,    Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0199097053**<br><br>**ComEd**<br>**P.O. Box 87522**<br>**Chicago, IL 60680** | | - | | | | | | 603.39 |
| Account No. **0389005029**<br><br>**ComEd**<br>**P.O. Box 87522**<br>**Chicago, IL 60680** | | - | | | | | | 30.32 |
| Account No. **0449154018**<br><br>**ComEd**<br>**P.O. Box 87522**<br>**Chicago, IL 60680** | | - | | | | | | 1,790.08 |
| Account No.<br><br>**Concrete Coatings of IL**<br>**Bauer Distribution Company**<br>**553 Anderson Drive  #D**<br>**Romeoville, IL 60446** | | - | | | | | | 4,000.00 |
| Account No. **056004691**<br><br>**Direct TV**<br>**P.O. Box 5392**<br>**Miami, FL 33152-5392** | | - | | | | | | 156.96 |

Sheet no. __4___ of __10___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,580.75

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                          ,    Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **601101338382052** | | | | **Credit Card Processing** | | | | |
| **Discover Network** **P.O. Box 52145** **Phoenix, AZ 85072-2145** | **X** | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **600101338385279** | | | | **Credit Card Processing** | | | | |
| **Discover Network** **P.O. Box 52145** **Phoenix, AZ 85072-2145** | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **DMS Wiring, Inc.** **836 Karen Lane** **New Lenox, IL 60451** | | - | | | | | | |
| | | | | | | | | **2,209.00** |
| Account No. **019774428** | | | | | | | | |
| **Ecolab, Inc.** **Credit Department** **Ecolab Center** **Saint Paul, MN 55102** | | - | | | | | | |
| | | | | | | | | **1,449.80** |
| Account No. **19558461** | | | | | | | | |
| **Edward Don & Company** **2562 Paysphere Circle** **Chicago, IL 60674** | | - | | | | | | |
| | | | | | | | | **3,276.36** |

Sheet no. __**5**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,935.16**

Form B6F - Cont.
(10/05)

In re   **Energy Health & Fitness Center, Inc.**                                          Case No. _____
                                                                      ,
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **ENE 0010** | | | | Alarm Monitoring Agreement | | | | |
| **Electronic Systems of Illinois** P.O. Box 739 Orland Park, IL 60462 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Embroidery Now** 19458 S. LaGrange Road Mokena, IL 60448 | - | | | | | | | **486.00** |
| Account No. **ESN 010028943** | | | | | | | | |
| **EPSN "The Magazine"** P.O. Box 37327 Boone, IA 50037 | - | | | | | | | **19.97** |
| Account No. | | | | | | | | |
| **Everflex Fitness Flooring Inc.** 6801 Lake Plaza  #A-105 Indianapolis, IN 46220 | - | | | | | | | **5,280.00** |
| Account No. **47964** | | | | | | | | |
| **Home Pages American Mktg & Publ LLC** 915 E. Lincoln Highway Dekalb, IL 60115 | - | | | | | | | **2,261.92** |

Sheet no. __6___ of __10___ sheets attached to Schedule of                    Subtotal           **8,047.89**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2366926638** <br><br> **InSyle Magazine** <br> **P.O. Box 61430** <br> **Tampa, FL 33661-1430** | - | | | | | | | | **29.77** |
| Account No. <br><br> **Integrated Telephone Services LLC** <br> **9546 W. 147th Street** <br> **Orland Park, IL 60462** | - | | | | | | | | **Unknown** |
| Account No. <br><br> **Little Guys Inc.** <br> **18305 S. Halsted Street** <br> **Glenwood, IL 60425** | - | | | | | | | | **1,253.61** |
| Account No. <br><br> **Midwest Mailing & Printing Inc.** <br> **P.O. Box 473** <br> **Mokena, IL 60448** | - | | | | | | | | **300.00** |
| Account No. **047493** <br><br> **Midwest Suburban Publishing** <br> **6901 W. 159th Street** <br> **Tinley Park, IL 60477** | - | | | | | | | | **6,520.48** |
| Sheet no. _**7**_ of _**10**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | | | **8,103.86** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Energy Health & Fitness Center, Inc.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Mr. & Mrs. Boniecki 41 Applecross Lane Bella Vista, AR 72715** | | | | | | | | **15,000.00** |
| Account No. **90-55-86-9069 0** | | - | | 9420 W. 191st Street | | | | |
| **Nicor Gas P.O. Box 2020 Aurora, IL 60507-2020** | | | | | | | | **326.40** |
| Account No. **18-63-46-0516 8** | | - | | 9420 W. 191st Street | | | | |
| **Nicor Gas P.O. Box 2020 Aurora, IL 60507-2020** | | | | | | | | **705.01** |
| Account No. **46-42-04-3691 7** | | - | | 9422 W. 191st Street | | | | |
| **Nicor Gas P.O. Box 2020 Aurora, IL 60507-2020** | | | | | | | | **1,248.86** |
| Account No. **26-13-80-4554 2** | | - | | 19056 Henry Drive | | | | |
| **Nicor Gas P.O. Box 2020 Aurora, IL 60507-2020** | | | | | | | | **729.74** |

Sheet no. __**8**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,010.01**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                                    ,     Case No. _____
                                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **74-06-26-1098 0**<br><br>**Nicor Gas**<br>**P.O. Box 2020**<br>**Aurora, IL 60507-2020** | | - | | **19060 Henry Drive** | | | | 887.87 |
| Account No. **39-76-18-9366 6**<br><br>**Nicor Gas**<br>**P.O. Box 2020**<br>**Aurora, IL 60507-2020** | | - | | **10964 Henry Drive** | | | | 595.41 |
| Account No. **78-62-36-9898 8**<br><br>**Nicor Gas**<br>**P.O. Box 2020**<br>**Aurora, IL 60507-2020** | | - | | **19066 Henry Drive** | | | | 596.27 |
| Account No. **20-95284 4**<br><br>**Nuway Disposal Service, Inc.**<br>**P.O. Box 9**<br>**Mokena, IL 60448** | | - | | | | | | 176.61 |
| Account No. **6011 5686 0073 1210**<br><br>**Office Depot**<br>**Customer Service**<br>**4740 121st Street**<br>**Urbandale, IA 50323** | | - | | | | | | 57.17 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,313.33

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Energy Health & Fitness Center, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **7947768**<br><br>**Retriever Payment Systems**<br>**20405 State Highway 249  #700**<br>**Houston, TX 77070** | - | | | | | | | **Unknown** |
| Account No. **7947865**<br><br>**Retriever Payment Systems**<br>**20405 State Highway 249  #700**<br>**Houston, TX 77070** | - | | | | | | | **Unknown** |
| Account No. **104-2165-00-00**<br><br>**Village of Mokena**<br>**Water Billing Department**<br>**11004 Carpenter Street**<br>**Mokena, IL 60448** | - | | | | | | | **253.32** |
| Account No. **104-2125-00-00**<br><br>**Village of Mokena**<br>**Water Billing Department**<br>**11004 Carpenter Street**<br>**Mokena, IL 60448** | - | | | | | | | **10.47** |
| Account No. **0110194863**<br><br>**West Bend Mutual Insurance Co.**<br>**1900 S. 18th Avenue**<br>**West Bend, WI 53095** | - | | | | | | | **3,590.47** |

| | | |
|---|---|---|
| Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **3,854.26** |
| | Total<br>(Report on Summary of Schedules) | **232,585.96** |

Form B6G
(10/05)

In re    **Energy Health & Fitness Center, Inc.** _____ ,     Case No. _____
                                          Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Allstate Capital, LLC**<br>**658 S. Military Trail**<br>**Deerfield Beach, FL 33442** | **Office Equiptment** |
| **Baycap, LLC**<br>**423 S. Pacific Coast Highway  #201**<br>**Redondo Beach, CA 90277** | **Lease for Exercise Equiptment** |
| **Key Equipment Finance**<br>**600 Travis  #1300**<br>**Houston, TX 77002** | **$54,843.36**<br>**Account No. 591047523 2**<br>**May be a lease; see Schedule D** |
| **Key Equipment Finance**<br>**600 Travis  #1300**<br>**Houston, TX 77002** | **$27,262.29**<br>**Account No. 591047523 1**<br>**May be a lease; see Schedule D** |
| **Life Fitness**<br>**Leasing Administration**<br>**5100 N. River Road**<br>**Schiller Park, IL 60176** | **Fitness Equipment** |
| **Pawnee Leasing**<br>**700 Center Avenue**<br>**Fort Collins, CO 80526** | **$33,920.73**<br>**Account No. 207941**<br>**May be a lease; see Schedule D** |
| **Puget Sound Leasing**<br>**P.O. Box 1295**<br>**Issaquah, WA 98027** | **$42,518.18**<br>**Account No. 1119Z-26822**<br>**May be a lease; see Schedule D**<br>**Fitness Equipment, Computer Equipment** |

**0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

Form B6H
(10/05)

In re    **Energy Health & Fitness Center, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Mokena Plaza LLC**<br>**C/o Vallejo Management Inc.**<br>**15607 S. Harlem Avenue**<br>**Orland Park, IL 60462** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Allegiance Community Bank**<br>**8001W. 183rd Street**<br>**Tinley Park, IL 60477** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **American Express Blue Cash**<br>**P.O. Box 7863**<br>**Fort Lauderdale, FL 33329-7863** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Baycap, LLC**<br>**423 S. Pacific Coast Highway  #201**<br>**Redondo Beach, CA 90277** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Capital One Services, Inc.**<br>**P.O. Box 5155**<br>**Norcross, GA 30091** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **CIT Group / EF**<br>**File #55603**<br>**Los Angeles, CA 90074-5603** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **CIT Group / EF**<br>**File #55603**<br>**Los Angeles, CA 90074-5603** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Citibusiness Card**<br>**P.O. Box 44180** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Discover Network**<br>**P.O. Box 52145**<br>**Phoenix, AZ 85072-2145** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Key Equipment Finance**<br>**600 Travis  #1300**<br>**Houston, TX 77002** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Key Equipment Finance**<br>**600 Travis  #1300**<br>**Houston, TX 77002** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Pawnee Leasing**<br>**700 Center Avenue**<br>**Fort Collins, CO 80526** |

 __1__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

In re   **Energy Health & Fitness Center, Inc.**          ,        Case No. _____

                                           Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Puget Sound Leasing**<br>**P.O. Box 1295**<br>**Issaquah, WA 98027** |
| **David Kress**<br>**11934 Sterling Drive**<br>**Orland Park, IL 60462** | **Illinois Department of Revenue**<br>**ICS Payment & Correspondence Unit**<br>**P.O. Box 19043**<br>**Springfield, IL 62794-9043** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Energy Health & Fitness Center, Inc.**                                    Case No. _____

                                                    Debtor(s)        Chapter    **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

          I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have
read the foregoing summary and schedules, consisting of __**32**__ sheets *[total shown on summary page plus 1]*, and
that they are true and correct to the best of my knowledge, information, and belief.

Date    **August 14, 2006**                        Signature    **/s/ David Kress**
                                                                 **David Kress**
                                                                 **President**

       *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                        18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Energy Health & Fitness Center, Inc.**                              Case No. _____
                                                    Debtor(s)       Chapter       **7**    _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

6

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                            DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                      |                          | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY    | INVENTORY SUPERVISOR     | (Specify cost, market or other basis) |

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|                      | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY    | RECORDS                                       |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                    |             | NATURE AND PERCENTAGE |
| NAME AND ADDRESS   | TITLE       | OF STOCK OWNERSHIP    |

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                                    DATE OF WITHDRAWAL

7

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 14, 2006**          Signature  **/s/ David Kress**
                                                **David Kress**
                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Energy Health & Fitness Center, Inc.**                                Case No. _____
                                                    _____
                                                    Debtor(s)        Chapter   **7**   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept............................................................... | $ | **2,500.00** |
| Prior to the filing of this statement I have received...................................................... | $ | **1,000.00** |
| Balance Due.................................................................................................................. | $ | **1,500.00** |

2.   The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):   **David Kress**

3.   The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify): _____

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   [Other provisions as needed]
       **File Amended Schedules; Represent debtor on matters of case administration beginning February 28, 2006.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 14, 2006** _____        **/s/ Julia E. Jensen** _____
                                                         **Julia E. Jensen 6272466**
                                                         **DiMonte and Lizak, LLC**
                                                         **216 Higgins Road**
                                                         **Park Ridge, IL 60068**
                                                         **(847) 698-9600  Fax: (847) 698-9623**

---

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Energy Health & Fitness Center, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   **96**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 14, 2006** _____

**/s/ David Kress** _____

**David Kress**/**President**
Signer/Title

2XL Corporation
27 McIntosh Avenue
Clarendon Hills, IL 60514


A T & T
P.O. Box 5072
Saginaw, MI 48605-5072


A-Glass & Mirror Company
19715 S. LaGrange Road
Mokena, IL 60448


Adam Haywood
9950 Derby Lane
Mokena, IL 60448


Allegiance Community Bank
8001W. 183rd Street
Tinley Park, IL 60477


Allied Measurement Systems Corp.
P.O. Box 843
Crestwood, IL 60445


Allstate Capital, LLC
658 S. Military Trail
Deerfield Beach, FL 33442


Alyssa Stanish
17419 Bridalwood Lane
Tinley Park, IL 60477


American Express Blue Cash
P.O. Box 7863
Fort Lauderdale, FL 33329-7863


Ann Francis
361 Wildrock Terrace
Matteson, IL 60443


Aphellian Tech Support
1100 Nasa Parkway #606
Houston, TX 77058

Barri & Joseph Antoniolli
15116 S. Will Cook Road
IL 60491


Baycap, LLC
423 S. Pacific Coast Highway #201
Redondo Beach, CA 90277


Brenda Wiltgen
22420 Parkview Lane
Frankfort, IL 60423


Brian Tropeck
20358 White Fence
Frankfort, IL 60423


Capital One Services, Inc.
P.O. Box 5155
Norcross, GA 30091


Carley Maxwell
20208 E. Lismore Circle
Frankfort, IL 60423


Carol R. Clarin
8119 Brushwood Lane
Tinley Park, IL 60477


CIT Group / EF
File #55603
Los Angeles, CA 90074-5603


Citibusiness Card
P.O. Box 44180


Cliff Rudzki
17322 Olcott Court
Tinley Park, IL 60477


Climate Master Mechanical
19133 S. 85th Court
Mokena, IL 60448

Coffee News
City Graphics
P.O. Box 585
New Lenox, IL 60451


ComEd
P.O. Box 87522
Chicago, IL 60680


Concrete Coatings of IL
Bauer Distribution Company
553 Anderson Drive #D
Romeoville, IL 60446


Confidential Credit Consultants
P.O. Box 141
Naperville, IL 60566


Courtney Peters
19342 Tramore Lane
Mokena, IL 60448


David Kress
11934 Sterling Drive
Orland Park, IL 60462


Debbie Holmstrom
13736 Mary Drive
Orland Park, IL 60462


Debra & George Cato
22656 Hunters Trail
Frankfort, IL 60423


Diane Gurtowski
19700 Heritage Drive
Tinley Park, IL 60477


Direct TV
P.O. Box 5392
Miami, FL 33152-5392


Discover Network
P.O. Box 52145
Phoenix, AZ 85072-2145

DMS Wiring, Inc.
836 Karen Lane
New Lenox, IL 60451


Ecolab, Inc.
Credit Department
Ecolab Center
Saint Paul, MN 55102


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Electronic Systems of Illinois
P.O. Box 739
Orland Park, IL 60462


Embroidery Now
19458 S. LaGrange Road
Mokena, IL 60448


EPSN "The Magazine"
P.O. Box 37327
Boone, IA 50037


Erik Rancatore
501 Lincoln Lane
Frankfort, IL 60423


Everflex Fitness Flooring Inc.
6801 Lake Plaza  #A-105
Indianapolis, IN 46220


Friedman & Wexler, LLC
500 W. Madison Street  #2910
Chicago, IL 60661


Home Pages American Mktg & Publ LLC
915 E. Lincoln Highway
Dekalb, IL 60115


Illinois Department Employment Secu
33 South State Street
Chicago, IL 60603

Illinois Department of Revenue
ICS Payment & Correspondence Unit
P.O. Box 19043
Springfield, IL 62794-9043


InSyle Magazine
P.O. Box 61430
Tampa, FL 33661-1430


Integrated Telephone Services LLC
9546 W. 147th Street
Orland Park, IL 60462


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


James Newbold, Asst. Atty General
100 West Monroe Street, 13th Floor
Chicago, IL 60601


Jim Wiechec
4916 W. Lamb Drive
Oak Lawn, IL 60453


John Juarez Jr.
19524 Brookside Drive
Tinley Park, IL 60477


John L. Rodriguez
13406 LeClaire Avenue
Midlothian, IL 60445


Joshua Kratovil
18918 Marley Lane
Mokena, IL 60448


Julie Triggs-Redmond
20823 Acorn Ridge
Frankfort, IL 60423


Katherine D. Duran
7856 W. Kingston Drive
Frankfort, IL 60423

Kenneth Donkel
7220 W. 194th Street
Suite 105
Tinley Park, IL 60477


Kevin Borowski
19955 Lakeview Way
Mokena, IL 60448


Kevin Koplin
21461 Higley Court
Frankfort, IL 60423


Key Equipment Finance
600 Travis #1300
Houston, TX 77002


Laura Brenner
15636 Arroyo Drive
Oak Forest, IL 60452


Laura Clarke
157 Evergreen Drive
Frankfort, IL 60423


Lavern Maletich
9324 Chestnut Trail
Tinley Park, IL 60477


Law Offices of Laurin S. Schweet
2955 80th Avenue
Mercer Island, WA 98040


Leslie Nolan
9135 W. Dralle Road
Frankfort, IL 60423


Life Fitness
Leasing Administration
5100 N. River Road
Schiller Park, IL 60176


Little Guys Inc.
18305 S. Halsted Street
Glenwood, IL 60425

Lord Bissell & Brook LLP
Kenneth Lodge
111 S. Wacker Drive
Chicago, IL 60606


Mark Johnson
18913 Parkway Lane
Mokena, IL 60448


Mary Feldmeier
5944 W. Eagle Lake Road
Peotone, IL 60468


Michael McNellis
4300 W. Termunde
Alsip, IL 60803


Michelle, Pete & Anthony Craven
7948 Big Buck Trail
Mokena, IL 60448


Midwest Mailing & Printing Inc.
P.O. Box 473
Mokena, IL 60448


Midwest Suburban Publishing
6901 W. 159th Street
Tinley Park, IL 60477


Mokena Plaza LLC
C/o Vallejo Management Inc.
15607 S. Harlem Avenue
Orland Park, IL 60462


Mr. & Mrs. Boniecki
41 Applecross Lane
Bella Vista, AR 72715


Nicole Heidnich
7828 Brookside
Tinley Park, IL 60477


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020

Nuway Disposal Service, Inc.
P.O. Box 9
Mokena, IL 60448


Office Depot
Customer Service
4740 121st Street
Urbandale, IA 50323


Pawnee Leasing
700 Center Avenue
Fort Collins, CO 80526


Puget Sound Leasing
P.O. Box 1295
Issaquah, WA 98027


Ray Smoda
7555 Lakeside Drive
Frankfort, IL 60423


Receivables Control Corporation
7373 Kirkwood Court #200
Osseo, MN 55369


Retriever Payment Systems
20405 State Highway 249 #700
Houston, TX 77070


Sara Vega
19543 Heritage Drive
Tinley Park, IL 60477


Sarah Reidy
17026 Bedford Lane
Tinley Park, IL 60477


Shannon Durocher
9068 Kenvara
Mokena, IL 60448


Spiro Vallianatos
10847 Anthony Drive
Orland Park, IL 60467

Theresa A. Leeer
178095 S. 66th Court
Tinley Park, IL 60477


Tony Geanopoulos & Cathy Zettle
7406 Quail Circle
Oak Forest, IL 60452


Tony Labriola
19386 Cherry Street
Mokena, IL 60448


Vericore
1200 W. Causeway Approach
Mandeville, LA 70471


Vicki Rochkus
20234 Lismore Court
Frankfort, IL 60423


Village of Mokena
Water Billing Department
11004 Carpenter Street
Mokena, IL 60448


West Bend Mutual Insurance Co.
1900 S. 18th Avenue
West Bend, WI 53095


Willam & Correa Arnold
1631 Edmond Avenue
New Lenox, IL 60451

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Energy Health & Fitness Center, Inc.**      Case No. _____

                                Debtor(s)      Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Energy Health & Fitness Center, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__**August 14, 2006**__                      **/s/ Julia E. Jensen**

Date                                    **Julia E. Jensen 6272466**

                                         Signature of Attorney or Litigant
                                         Counsel for   **Energy Health & Fitness Center, Inc.**

                                         **DiMonte and Lizak, LLC**
                                         **216 Higgins Road**
                                         **Park Ridge, IL 60068**
                                         **(847) 698-9600 Fax:(847) 698-9623**