# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: ENERGY HEALTH & FITNESS CENTER, INC | § | Case No. 06-09845 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID P. LEIBOWITZ                 , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 03/17/2010 in Courtroom 642, United States Courthouse, Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL  60604 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  02/11/2010          By:  /s/DAVID P. LEIBOWITZ
                                          Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ENERGY HEALTH & FITNESS CENTER, INC  § Case No. 06-09845
  §
  §
Debtor(s)  §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 16,247.84 |
| *and approved disbursements of* | $ 39.02 |
| *leaving a balance on hand of* [1] | $ 16,208.82 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID P. LEIBOWITZ | $ 2,374.78 | $ 116.49 |
| *Attorney for trustee* | Leibowitz Law Center | $ 2,145.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Popwcer Katten, Ltd. | $ 967.50 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Attorney for trustee* | Leibowitz Law Center | $ | $ 4.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | *Attorney for debtor* | _____ | $_____ | $_____ |
|---|---|---|---|---|
| | *Attorney for* | _____ | $_____ | $_____ |
| | *Accountant for* | _____ | $_____ | $_____ |
| | *Appraiser for* | _____ | $_____ | $_____ |
| | *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,276.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | INTERNAL REVENUE SERVICE | $      30.22 | $      30.22 |
| _____ | INTERNAL REVENUE SERVICE | $     129.19 | $     129.19 |
| _____ | INTERNAL REVENUE SERVICE | $     416.73 | $     416.73 |
| _____ | ILLINOIS DEPT. OF REVENUE | $      62.51 | $      62.51 |
| _____ | IDES SPRINGFIELD | $      41.68 | $      41.68 |
| _____ | INTERNAL REVENUE SERVICE | $      30.22 | $      30.22 |
| _____ | INTERNAL REVENUE SERVICE | $      41.68 | $      41.68 |
| _____ | INTERNAL REVENUE SERVICE | $     129.19 | $     129.19 |
| 4 | Laura Brenner | $     131.21 | $     131.21 |
| 5 | Ann Francis | $     575.21 | $     575.21 |
| 6 | Theresa A. Leeer | $     312.42 | $     312.42 |
| 8 | Leslie Nolan | $      47.85 | $      47.85 |
| 9 | Brenda Wiltgen | $      20.80 | $      20.80 |
| 11 | Department of the Treasury-Internal Revenue Service | $    2,146.00 | $    2,146.00 |
| 12 | Carley Maxwell | $     175.98 | $     175.98 |
| 15 | Katherine D. Druhan | $     181.52 | $     181.52 |
| 16B | Illinois Department of Employment Sec | $    1,804.03 | $    1,804.03 |

**UST Form 101-7-NFR (9/1/2009)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 126,418.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | ComEd Company | $ 3,202.33 | $ 103.21 |
| 2 | Everflex Fitness Flooring Inc. | $ 5,280.00 | $ 170.18 |
| 3 | Concrete Coatings of IL | $ 4,000.00 | $ 128.92 |
| 7 | Mokena Plaza LLC | $ 49,104.39 | $ 1,582.66 |
| 10 | American Express Bank FSB | $ 4,207.14 | $ 135.60 |
| 13 | Pudget Sound Leasing | $ 35,997.22 | $ 1,160.21 |
| 14 | Climate Master Mechanical | $ 4,440.00 | $ 143.10 |
| 16 | Illinois Department Employment Secu | $ 50.00 | $ 1.61 |
| 17 | Mr. & Mrs. Boniecki | $ 15,000.00 | $ 483.46 |
| 19 | Nuway Disposal Service, Inc. | $ 181.83 | $ 5.86 |
| 21 | Nicor Gas | $ 4,956.00 | $ 159.73 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*    *Allowed Amt. of Claim*    *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                          Allowed Amt. of Claim     Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:  /s/DAVID P. LEIBOWITZ

Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons              Page 1 of 2                   Date Rcvd: Feb 12, 2010
Case: 06-09845                Form ID: pdf006             Total Noticed: 111

The following entities were noticed by first class mail on Feb 14, 2010.
db           +Energy Health & Fitness Center, Inc.,   PO Box 929,   Orland Park, IL 60462-0929
aty          +Abraham Brustein, ESQ,   Dimonte & Lizak, LLC,   216 W. Higgins Road,   Park Ridge, IL 60068-5706
aty          +Julia Jensen Smolka,   Dimonte & Lizak, LLC,   216 West Higgins Road,   Park Ridge, IL 60068-5706
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
10863812     +2XL Corporation,   27 McIntosh Avenue,   Clarendon Hills, IL 60514-1177
10863813     +A T & T,   P.O. Box 5072,   Saginaw, MI 48605
10863814     +A-Glass & Mirror Company,   19715 S. LaGrange Road,   Mokena, IL 60448-8367
10863815     +Adam Haywood,   9950 Derby Lane,   Mokena, IL 60448-7800
10863816     +Allegiance Community Bank,   8001W. 183rd Street,   Tinley Park, IL 60487
10863817     +Allied Measurement Systems Corp.,   P.O. Box 843,   Crestwood, IL 60445-0843
10863818     +Allstate Capital, LLC,   658 S. Military Trail,   Deerfield Beach, FL 33442-3023
10863819     +Alyssa Stanish,   17419 Bridalwood Lane,   Tinley Park, IL 60487-5238
10926379      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10863820      American Express Blue Cash,   P.O. Box 3001,   Malvern, PA 19355-0701
10993220      American Express Blue Cash,   Po Box 7863,   Fort Lauderdale , FL 33329 -7863
10863821     +Ann Francis,   361 Wildrock Terrace,   Matteson, IL 60443-2139
10863822     +Aphellian Tech Support,   1100 Nasa Parkway #606,   Houston, TX 77058-3358
10863823     +Barri & Joseph Antoniolli,   15116 S. Will Cook Road,   IL 60491-7885
10863824     +Baycap, LLC,   423 S. Pacific Coast Highway #201,   Redondo Beach, CA 90277-3731
10863825     +Brenda Wiltgen,   22420 Parkview Lane,   Frankfort, IL 60423-8967
10863826     +Brian Tropeck,   20358 White Fence,   Frankfort, IL 60423-8707
10863830      CIT Group / EF,   File #55603,   Los Angeles, CA 90074-5603
10863827     +Capital One Services, Inc.,   P.O. Box 5155,   Norcross, GA 30091-5155
10863828     +Carley Maxwell,   20208 E. Lismore Circle,   Frankfort, IL 60423-9282
10863829     +Carol R. Clarin,   8119 Brushwood Lane,   Tinley Park, IL 60487-7038
10863832     +Cliff Rudzki,   17322 Olcott Court,   Tinley Park, IL 60477-3225
10993221     +Climate Master Mechanical,   19133 S 85th Court,   Mokena,IL 60448-8880
10863833     +Climate Master Mechanical,   c/o James G Richert,   10723 W 159th St.,
               Orland Park, IL 60467-4531
10863834     +Coffee News,   City Graphics,   P.O. Box 585,   New Lenox, IL 60451-0585
10993222     +Computer Maintenance Service,   19231 Henry Drive,   Mokena , IL 60448-8314
10863836      Concrete Coatings of IL,   Bauer Distribution Company,   553 Anderson Drive  #D,
               Romeoville, IL 60446
10863837     +Confidential Credit Consultants,   P.O. Box 141,   Naperville, IL 60566-0141
10863838     +Courtney Peters,   19342 Tramore Lane,   Mokena, IL 60448-8616
10863845     +DMS Wiring, Inc.,   836 Karen Lane,   New Lenox, IL 60451-3262
10863839     +David Kress,   11934 Sterling Drive,   Orland Park, IL 60467-1408
10863840     +Debbie Holmstrom,   13736 Mary Drive,   Orland Park, IL 60462-1369
10863841     +Debra & George Cato,   22656 Hunters Trail,   Frankfort, IL 60423-6000
10863859      Department of the Treasury-Internal Revenue Servic,   Centralized Insolvency Operations,
               P O Box 21126,   Philadelphia, PA 19114
10863842     +Diane Gurtowski,   19700 Heritage Drive,   Tinley Park, IL 60487-7574
10863843      Direct TV,   P.O. Box 5392,   Miami, FL 33152-5392
10863844      Discover Network,   P.O. Box 52145,   Phoenix, AZ 85072-2145
10863850     +EPSN 'The Magazine',   P.O. Box 37327,   Boone, IA 50037-0327
10863846      Ecolab, Inc.,   Credit Department,   Ecolab Center,   Saint Paul, MN 55102
10863847     +Edward Don & Company,   2562 Paysphere Circle,   Chicago, IL 60674-0025
10863848     +Electronic Systems of Illinois,   P.O. Box 739,   Orland Park, IL 60462-0739
10863849     +Embroidery Now,   19458 S. LaGrange Road,   Mokena, IL 60448-9316
10863851     +Erik Rancatore,   501 Lincoln Lane,   Frankfort, IL 60423-1116
10863852     +Everflex Fitness Flooring Inc.,   6801 Lake Plaza  #A-105,   Indianapolis, IN 46220-4052
10993217     +First National Merchant Solutions,   Po Box 2196,   Omaha , NE 68103-2196
10863853     +Friedman & Wexler, LLC,   500 W. Madison Street  #2910,   Chicago, IL 60661-4571
10863854     +Home Pages American Mktg & Publ LLC,   915 E. Lincoln Highway,   Dekalb, IL 60115-3941
10863855     +Illinois Department Employment Secu,   33 South State Street,   Chicago, IL 60603-2808
10863856      Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
10863857      InSyle Magazine,   P.O. Box 61430,   Tampa, FL 33661-1430
10863858     +Integrated Telephone Services LLC,   9546 W. 147th Street,   Orland Park, IL 60462-2502
10863860     +James Newbold, Asst. Atty General,   100 West Monroe Street, 13th Floor,   Chicago, IL 60603-1967
10863861     +Jim Wiechec,   4916 W. Lamb Drive,   Oak Lawn, IL 60453-3930
10863862     +John Juarez Jr.,   19524 Brookside Drive,   Tinley Park, IL 60487-7099
10863863     +John L. Rodriguez,   13406 LeClaire Avenue,   Midlothian, IL 60445-4402
10863864     +Joshua Kratovil,   18918 Marley Lane,   Mokena, IL 60448-8686
10863865     +Julie Triggs-Redmond,   20823 Acorn Ridge,   Frankfort, IL 60423-8138
10863866     +Katherine D. Druhan,   7856 W. Kingston Drive,   Frankfort, IL 60423-8356
10863868      Kevin Borowski,   19955 Lakeview Way,   Mokena, IL 60448
10863869      Kevin Koplin,   21461 Higley Court,   Frankfort, IL 60423
10863870     +Key Equipment Finance,   600 Travis #1300,   Houston, TX 77002-3005
10863871     +Laura Brenner,   15636 Arroyo Drive,   Oak Forest, IL 60452-2848
10863872     +Laura Clarke,   157 Evergreen Drive,   Frankfort, IL 60423-1508
10863873     +Lavern Maletich,   9324 Chestnut Trail,   Tinley Park, IL 60487-5306
10863874     +Law Offices of Laurin S. Schweet,   2955 80th Avenue,   Mercer Island, WA 98040-2973
10993219     +Lease Finance Group,   132 W 31st Street,   14th Floor,   New york , NY 10001-3406
10863875     +Leslie Nolan,   9135 W. Dralle Road,   Frankfort, IL 60423-8228
10863876     +Life Fitness,   Leasing Administration,   5100 N. River Road,   Schiller Park, IL 60176-1058
10863877     +Little Guys Inc.,   18305 S. Halsted Street,   Glenwood, IL 60425-1007
10863878     +Lord Bissell & Brook LLP,   Kenneth Lodge,   111 S. Wacker Drive,   Chicago, IL 60606-4302
10863879     +Mark Johnson,   18913 Parkway Lane,   Mokena, IL 60448-9102
10863880     +Mary Feldmeier,   5944 W. Eagle Lake Road,   Peotone, IL 60468-9335
10863881     +Michael McNellis,   4300 W. Termunde,   Alsip, IL 60803-2429
10863882      Michelle, Pete & Anthony Craven,   7948 Big Buck Trail,   Mokena, IL 60448
10863883     +Midwest Mailing & Printing Inc.,   P.O. Box 473,   Mokena, IL 60448-0473
10863884     +Midwest Suburban Publishing,   6901 W. 159th Street,   Tinley Park, IL 60477-1685
```

```
District/off: 0752-1          User: csimmons              Page 2 of 2                  Date Rcvd: Feb 12, 2010
Case: 06-09845                Form ID: pdf006             Total Noticed: 111

10863885     +Mokena Plaza LLC,    C/o Vallejo Management Inc.,     15607 S. Harlem Avenue,
               Orland Park, IL 60462-5118
10863867     +Mokena Plaza LLC,    c/o Kenneth Donkel,    7220 W. 194th Street,    Suite 105,
               Tinley Park, IL 60487-9228
10863886     +Mr. & Mrs. Boniecki,    41 Applecross Lane,    Bella Vista, AR 72715-5213
10863887     +Nicole Heidnich,    7828 Brookside,    Tinley Park, IL 60487-5194
10863889     +Nuway Disposal Service, Inc.,     P.O. Box 9,    Mokena, IL 60448-0009
10863890     +Office Depot,    Customer Service,    4740 121st Street,    Urbandale, IA 50323-2402
10993223     +Performance Chemical & Supply Inc,     22137 S Govenors Highway,    Richton Park, IL 60471-1249
10934699     +Pudget Sound Leasing,    c/o Law office of Laurin ScHweet,     2955 80th Ave SE Ste 102,
               Mercer Island, WA 98040-2960
10863892     +Puget Sound Leasing,    P.O. Box 1295,    Issaquah, WA 98027-0050
10863893     +Ray Smoda,    7555 Lakeside Drive,    Frankfort, IL 60423-8667
10863894     +Receivables Control Corporation,     7373 Kirkwood Court #200,    Osseo, MN 55369-5264
10993224     +Results Marketing,    Po Box 523,    Lansing , IL 60438-0523
10863895     +Retriever Payment Systems,     20405 State Highway 249 #700,    Houston, TX 77070-3815
10863896     +Sara Vega,    19543 Heritage Drive,    Tinley Park, IL 60487-7198
10863897     +Sarah Reidy,    17026 Bedford Lane,    Tinley Park, IL 60477-2482
10863898     +Shannon Durocher,    9068 Kenvara,    Mokena, IL 60448-8388
10863899     +Spiro Vallianatos,    10847 Anthony Drive,    Orland Park, IL 60467-4560
10863900      Theresa A. Leeer,    178095 S. 66th Court,    Tinley Park, IL 60477
10863901      Tony Geanopoulos & Cathy Zettle,     7406 Quail Circle,    Oak Forest, IL 60452
10863902     +Tony Labriola,    19386 Cherry Street,    Mokena, IL 60448-8333
10863903     +Vericore,    1200 W. Causeway Approach,    Mandeville, LA 70471-3066
10863904     +Vicki Rochkus,    20234 Lismore Court,    Frankfort, IL 60423-9282
10863905     +Village of Mokena,    Water Billing Department,     11004 Carpenter Street,    Mokena, IL 60448-1518
10863906     +West Bend Mutual Insurance Co.,     1900 S. 18th Avenue,    West Bend, WI 53095-9791
10993225     +West Coast Specialties,    C/O Receivable Management Services,     4836 Brecksville Road,
               Richfield, OH 44286-9177
10863907     +Willam & Correa Arnold,    1631 Edmond Avenue,    New Lenox, IL 60451-1999
The following entities were noticed by electronic transmission on Feb 13, 2010.
10863835     +E-mail/Text: legalcollections@comed.com                            ComEd,   P.O. Box 87522,
               Chicago, IL 60680-0522
10886547     +E-mail/Text: legalcollections@comed.com                            ComEd Company,
               Attn Revenue Management Dept,     2100 Swift Drive,    Oak Brook IL 60523-1559
11022466     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
10863888      E-mail/Text: bankrup@nicor.com                            Nicor Gas,   P.O. Box 2020,
               Aurora, IL 60507-2020
10863891     +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM                            Pawnee Leasing,
               700 Center Avenue,    Fort Collins, CO 80526-1842
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Carrie A Zuniga
10863831      Citibusiness Card,    P.O. Box 44180
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10993218*    +Key Equipment Finance,    600 Travis #1300,    Houston, TX 77002-3005
                                                                                               TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 14, 2010**                              **Signature:**   *Joseph Speetjens*