**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 06-09845-SPS |
| | § | |
| ENERGY HEALTH & FITNESS | § | |
| CENTER, INC | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $53,359.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $10,352.11 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $5,896.86 | | |

3) Total gross receipts of $16,248.97 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $16,248.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $313,112.64 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $5,896.86 | $5,896.86 | $5,896.86 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $21,180.93 | $6,033.67 | $3,249.02 | $4,067.93 |
| General Unsecured Claims (from **Exhibit 7**) | $244,951.12 | $282,714.76 | $126,418.91 | $6,284.18 |
| **Total Disbursements** | $579,244.69 | $294,645.29 | $135,564.79 | $16,248.97 |

4). This case was originally filed under chapter 7 on 08/14/2006. The case was pending for 49 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/02/2010          By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Founders Bank - BANK ACCOUNTS | 1129-000 | $16,120.05 |
| Interest Earned | 1270-000 | $128.92 |
| **TOTAL GROSS RECEIPTS** | | **$16,248.97** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allegiance Community Bank | 4110-000 | $100,000.00 | NA | $0.00 | $0.00 |
| First National Merchant Solutions | 4110-000 | $4,925.45 | NA | $0.00 | $0.00 |
| Key Equipment Finance | 4110-000 | $54,843.36 | NA | $0.00 | $0.00 |
| Key Equipment Finance | 4110-000 | $27,262.29 | NA | $0.00 | $0.00 |
| LIttle Guys, Inc | 4110-000 | $1,200.00 | NA | $0.00 | $0.00 |
| Mokena Plaza LLC | 4110-000 | $48,442.63 | NA | $0.00 | $0.00 |
| Pawnee Leasing | 4110-000 | $33,920.73 | NA | $0.00 | $0.00 |
| Puget Sound Leasing | 4110-000 | $42,518.18 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$313,112.64** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $2,374.78 | $2,374.78 | $2,374.78 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $116.49 | $116.49 | $116.49 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $39.02 | $39.02 | $39.02 |
| Clerk of Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Leibowitz Law Center, Attorney for Trustee | 3110-000 | NA | $2,145.00 | $2,145.00 | $2,145.00 |
| Leibowitz Law Center, Attorney for | 3120-000 | NA | $4.07 | $4.07 | $4.07 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| Popwcer Katten, Ltd., Accountant for Trustee | 3310-000 | NA | $967.50 | $967.50 | $967.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,896.86 | $5,896.86 | $5,896.86 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ann Francis | 5300-000 | $829.44 | $829.44 | $575.21 | $575.21 |
| Brenda Wiltgen | 5300-000 | $20.00 | $30.00 | $20.80 | $20.80 |
| Carley Maxwell | 5300-000 | $511.60 | $253.75 | $175.98 | $175.98 |
| Katherine D. Druhan | 5300-000 | $261.75 | $261.75 | $181.52 | $181.52 |
| Laura Brenner | 5300-000 | $189.20 | $189.20 | $131.21 | $131.21 |
| Leslie Nolan | 5300-000 | $20.00 | $69.00 | $47.85 | $47.85 |
| Theresa A. Leeer | 5300-000 | $450.50 | $450.50 | $312.42 | $312.42 |
| Adam Haywood | 5800-000 | $32.67 | NA | NA | $0.00 |
| Alyssa Stanish | 5800-000 | $213.37 | NA | NA | $0.00 |
| Barri & Joseph Antoniolli | 5800-000 | $234.82 | NA | NA | $0.00 |
| Brian Tropeck | 5800-000 | $39.93 | NA | NA | $0.00 |
| Carol R. Clarin | 5800-000 | $237.38 | NA | NA | $0.00 |
| Cliff Rudzki | 5800-000 | $26.73 | NA | NA | $0.00 |
| Courtney Peters | 5800-000 | $39.93 | NA | NA | $0.00 |
| Debbie Holmstrom | 5800-000 | $89.80 | NA | NA | $0.00 |
| Debra & George Cato | 5800-000 | $399.60 | NA | NA | $0.00 |
| Department of the Treasury-Internal Revenue Service | 5800-000 | NA | $2,146.00 | $0.00 | $0.00 |
| Diane Gurtowski | 5800-000 | $53.55 | NA | NA | $0.00 |
| Erik Rancatore | 5800-000 | $39.93 | NA | NA | $0.00 |
| Illinois Department Employment Secu | 5800-000 | $2,522.79 | NA | NA | $0.00 |
| Illinois Department of Employment Sec | 5800-000 | $1,533.98 | $1,804.03 | $1,804.03 | $1,804.03 |
| Internal Revenue Service | 5800-000 | $10,132.37 | NA | NA | $0.00 |
| Jim Wiechec | 5800-000 | $115.71 | NA | NA | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Claimant | | | | | |
|---|---|---|---|---|---|
| John Juarez Jr. | 5800-000 | $212.80 | NA | NA | $0.00 |
| John L. Rodriguez | 5800-000 | $152.00 | NA | NA | $0.00 |
| Joshua Kratovil | 5800-000 | $39.93 | NA | NA | $0.00 |
| Julie Triggs-Redmond | 5800-000 | $39.93 | NA | NA | $0.00 |
| Kevin Borowski | 5800-000 | $29.95 | NA | NA | $0.00 |
| Kevin Koplin | 5800-000 | $93.21 | NA | NA | $0.00 |
| Laura Clarke | 5800-000 | $46.00 | NA | NA | $0.00 |
| Lavern Maletich | 5800-000 | $69.88 | NA | NA | $0.00 |
| Mark Johnson | 5800-000 | $32.67 | NA | NA | $0.00 |
| Mary Feldmeier | 5800-000 | $92.00 | NA | NA | $0.00 |
| Michael McNellis | 5800-000 | $39.93 | NA | NA | $0.00 |
| Michelle, Pete & Anthony Craven | 5800-000 | $407.95 | NA | NA | $0.00 |
| Nicole Heidnich | 5800-000 | $79.90 | NA | NA | $0.00 |
| Ray Smoda | 5800-000 | $174.70 | NA | NA | $0.00 |
| Sara Vega | 5800-000 | $598.61 | NA | NA | $0.00 |
| Sarah Reidy | 5800-000 | $39.93 | NA | NA | $0.00 |
| Shannon Durocher | 5800-000 | $29.95 | NA | NA | $0.00 |
| Spiro Vallianatos | 5800-000 | $53.26 | NA | NA | $0.00 |
| Tony Geanopoulos & Cathy Zettle | 5800-000 | $187.06 | NA | NA | $0.00 |
| Tony Labriola | 5800-000 | $39.93 | NA | NA | $0.00 |
| Vicki Rochkus | 5800-000 | $338.24 | NA | NA | $0.00 |
| Willam & Correa Arnold | 5800-000 | $388.05 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $21,180.93 | $6,033.67 | $3,249.02 | $3,249.02 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Employment Security | 7100-000 | $0.00 | $62.51 | $62.51 | $62.51 |
| 2XL Corporation | 7100-000 | $515.70 | NA | NA | $0.00 |
| A-Glass & Mirror Company | 7100-000 | $6,978.00 | NA | NA | $0.00 |
| Allegiance Community Bank | 7100-000 | NA | $61,805.22 | $0.00 | $0.00 |
| Allied Measurement Systems Corp. | 7100-000 | $2,668.91 | NA | NA | $0.00 |
| American Express | 7100-000 | $4,901.07 | $4,207.14 | $4,207.14 | $207.05 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Bank FSB | | | | | |
| Aphellian Tech Support | 7100-000 | $0.00 | NA | NA | $0.00 |
| AT&T | 7100-000 | $430.08 | NA | NA | $0.00 |
| Baycap, LLC | 7100-000 | $112,340.00 | NA | NA | $0.00 |
| Capital One Services, Inc. | 7100-000 | $2,093.00 | NA | NA | $0.00 |
| CIT Group / EF | 7100-000 | $4,060.13 | NA | NA | $0.00 |
| CIT Group / EF | 7100-000 | $33,818.17 | NA | NA | $0.00 |
| Citibusiness Card | 7100-000 | $5,164.56 | NA | NA | $0.00 |
| Climate Master Mechanical | 7100-000 | $4,440.00 | $4,440.00 | $4,440.00 | $218.51 |
| Coffee News | 7100-000 | $589.32 | NA | NA | $0.00 |
| ComEd Company | 7100-000 | $3,165.55 | $3,202.33 | $3,202.33 | $157.61 |
| Computer Maintenance Services | 7100-000 | $7,985.14 | NA | NA | $0.00 |
| Concrete Coatings of IL | 7100-000 | $4,000.00 | $4,000.00 | $4,000.00 | $196.86 |
| Direct TV | 7100-000 | $156.96 | NA | NA | $0.00 |
| Discover Network | 7100-000 | $0.00 | NA | NA | $0.00 |
| Discover Network | 7100-000 | $0.00 | NA | NA | $0.00 |
| DMS Wiring, Inc. | 7100-000 | $2,209.00 | NA | NA | $0.00 |
| Ecolab, Inc. | 7100-000 | $1,449.80 | NA | NA | $0.00 |
| Edward Don & Company | 7100-000 | $3,276.36 | NA | NA | $0.00 |
| Electronic Systems of Illinois | 7100-000 | $0.00 | NA | NA | $0.00 |
| Embroidery Now | 7100-000 | $486.00 | NA | NA | $0.00 |
| EPSN "The Magazine" | 7100-000 | $19.97 | NA | NA | $0.00 |
| Everflex Fitness Flooring Inc. | 7100-000 | $5,280.00 | $5,280.00 | $5,280.00 | $259.85 |
| Home Pages American Mktg & Publ | 7100-000 | $2,261.92 | NA | NA | $0.00 |
| Illinois Department Employment Secu | 7100-000 | NA | $50.00 | $50.00 | $2.46 |
| InSyle Magazine | 7100-000 | $29.77 | NA | NA | $0.00 |
| Integrated Telephone Services LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Key Equipment Finance | 7100-000 | NA | $87,970.15 | $0.00 | $0.00 |
| Little Guys Inc. | 7100-000 | $1,253.61 | NA | NA | $0.00 |
| Midwest Mailing & Printing Inc. | 7100-000 | $300.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Mokena Plaza LLC | 7100-000 | NA | $49,104.39 | $49,104.39 | $2,416.66 |
| Mr. & Mrs. Boniecki | 7100-000 | $15,000.00 | $15,000.00 | $15,000.00 | $738.22 |
| Nicor Gas | 7100-000 | $5,089.56 | $4,956.00 | $4,956.00 | $243.91 |
| Nuway Disposal Service, Inc. | 7100-000 | $176.61 | $181.83 | $181.83 | $8.95 |
| Office Depot | 7100-000 | $57.17 | NA | NA | $0.00 |
| Performance Chemical & Supply, Inc | 7100-000 | $645.02 | NA | NA | $0.00 |
| Pudget Sound Leasing | 7100-000 | NA | $35,997.22 | $35,997.22 | $1,771.59 |
| Results Marketing | 7100-000 | $450.00 | NA | NA | $0.00 |
| Retriever Payment Systems | 7100-000 | $0.00 | NA | NA | $0.00 |
| Retriever Payment Systems | 7100-000 | $0.00 | NA | NA | $0.00 |
| Village of Mokena | 7100-000 | $253.32 | NA | NA | $0.00 |
| Village of Mokena | 7100-000 | $10.47 | NA | NA | $0.00 |
| West Bend Mutual Insurance Co. | 7100-000 | $3,590.47 | NA | NA | $0.00 |
| West Coast Specialties | 7100-000 | $3,285.00 | NA | NA | $0.00 |
| Midwest Suburban Publishing | 7200-000 | $6,520.48 | $6,520.48 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $244,951.12 | $282,777.27 | $126,481.42 | $6,284.18 |

**UST Form 101-7-TDR (9/1/2009)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 06-09845-SPS | Trustee Name: | David Leibowitz |
| Case Name: | ENERGY HEALTH & FITNESS CENTER, INC | Date Filed (f) or Converted (c): | 08/14/2006 (f) |
| For the Period Ending: | 9/2/2010 | §341(a) Meeting Date: | 09/07/2006 |
| | | Claims Bar Date: | 11/21/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Founders Bank - BANK ACCOUNTS | $16,000.00 | $16,000.00 | | $16,120.05 | FA |
| 2  Allegence Community Bank | $1.00 | $1.00 | DA | $0.00 | FA |
| 3  Allegence Community Bank | $1.00 | $1.00 | DA | $0.00 | FA |
| 4  Allegence Community Bank | $1.00 | $1.00 | DA | $0.00 | FA |
| 5  Monika Plaza LLC | $22,356.00 | $22,356.00 | DA | $0.00 | FA |
| 6  4 Plasma Tv's | $6,000.00 | $6,000.00 | DA | $0.00 | FA |
| 7  Stereo System | $25,000.00 | $25,000.00 | DA | $0.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $128.92 | Unknown |

**TOTALS (Excluding unknown value)**                                                                  **Gross Value of Remaining Assets**
$69,359.00   $69,359.00   $16,248.97   $0.00

**Major Activities affecting case closing:**

Tax Return

Objection to claims.

TFR done -sent to Tom for approval 01/15/2010

Tax return, TFR

**Initial Projected Date Of Final Report (TFR):**  09/07/2007    **Current Projected Date Of Final Report (TFR):**  02/11/2010

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09845-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ENERGY HEALTH & FITNESS CENTER, INC | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******5965 | | Checking Acct #: | ******6366 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 8/14/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/09/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********6366 | Wire in from JPMorgan Chase Bank, N.A. account ********6366 | 9999-000 | $2,146.00 | | $2,146.00 |
| 05/25/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********6366 | Wire in from JPMorgan Chase Bank, N.A. account ********6366 | 9999-000 | $62.51 | | $2,208.51 |
| 06/01/2010 | 10135 | Illinois Department of Employment Security | Dividend paid 100.00% on $62.51; Filed: $0.00 for State W/H - | 7100-000 | | $62.51 | $2,146.00 |
| 06/01/2010 | 10136 | ComEd Company | Dividend paid 4.92% on $3,202.33; Claim# 1; Filed: $3,202.33; Reference: | 7100-000 | | $54.37 | $2,091.63 |
| 06/01/2010 | 10137 | Everflex Fitness Flooring Inc. | Dividend paid 4.92% on $5,280.00; Claim# 2; Filed: $5,280.00; Reference: | 7100-000 | | $89.63 | $2,002.00 |
| 06/01/2010 | 10138 | Concrete Coatings of IL | Dividend paid 4.92% on $4,000.00; Claim# 3; Filed: $4,000.00; Reference: | 7100-000 | | $67.90 | $1,934.10 |
| 06/01/2010 | 10139 | Mokena Plaza LLC | Dividend paid 4.92% on $49,104.39; Claim# 7; Filed: $49,104.39; Reference: | 7100-000 | | $833.56 | $1,100.54 |
| 06/01/2010 | 10140 | American Express Bank FSB | Dividend paid 4.92% on $4,207.14; Claim# 10; Filed: $4,207.14; Reference: | 7100-000 | | $71.41 | $1,029.13 |
| 06/01/2010 | 10141 | Pudget Sound Leasing | Dividend paid 4.92% on $35,997.22; Claim# 13; Filed: $35,997.22; Reference: | 7100-000 | | $611.06 | $418.07 |
| 06/01/2010 | 10142 | Climate Master Mechanical | Dividend paid 4.92% on $4,440.00; Claim# 14; Filed: $4,440.00; Reference: | 7100-000 | | $75.37 | $342.70 |
| 06/01/2010 | 10143 | Mr. & Mrs. Boniecki | Dividend paid 4.92% on $15,000.00; Claim# 17; Filed: $15,000.00; Reference: | 7100-000 | | $254.63 | $88.07 |
| 06/01/2010 | 10144 | Nicor Gas | Dividend paid 4.92% on $4,956.00; Claim# 21; Filed: $4,956.00; Reference: | 7100-000 | | $84.13 | $3.94 |
| 06/01/2010 | 10145 | Clerk, U.S. Bankruptcy Court | COMBINED SMALL CHECK | * | | $3.94 | $0.00 |
| | | | Dividend paid 4.92% on $50.00; Claim# 16; Filed: $50.00  $(0.85) | 7100-000 | | | $0.00 |
| | | | Dividend paid 4.92% on $181.83; Claim# 19; Filed: $181.83  $(3.09) | 7100-000 | | | $0.00 |
| | | | **SUBTOTALS** | | $2,208.51 | $2,208.51 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09845-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ENERGY HEALTH & FITNESS CENTER, INC | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******5965 | Checking Acct #: | ******6366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/14/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $2,208.51 | $2,208.51 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $2,208.51 | $0.00 | |
|  |  |  | Subtotal | | $0.00 | $2,208.51 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $0.00 | $2,208.51 | |

**For the period of 8/14/2006 to 9/2/2010**

| Total Compensable Receipts: | $0.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,208.51 |
| | |
| Total Compensable Disbursements: | $2,208.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,208.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2010 to 9/2/2010**

| Total Compensable Receipts: | $0.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,208.51 |
| | |
| Total Compensable Disbursements: | $2,208.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,208.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09845-SPS | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ENERGY HEALTH & FITNESS CENTER, INC | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5965 | | | Money Market Acct #: | ******6365 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/14/2006 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 02/21/2007 | (1) | Energy Health & Fitness Centers | Turnover of bank account from Founders Bank | 1129-000 | $16,120.05 | | $16,120.05 |
| 02/28/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $1.72 | | $16,121.77 |
| 03/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $8.60 | | $16,130.37 |
| 04/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $8.90 | | $16,139.27 |
| 05/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $8.90 | | $16,148.17 |
| 06/29/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $8.33 | | $16,156.50 |
| 07/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $9.20 | | $16,165.70 |
| 08/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $8.92 | | $16,174.62 |
| 09/28/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $8.06 | | $16,182.68 |
| 10/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $9.50 | | $16,192.18 |
| 11/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $8.42 | | $16,200.60 |
| 12/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $8.25 | | $16,208.85 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $7.41 | | $16,216.26 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $3.32 | | $16,219.58 |
| 03/24/2008 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #06-09845 | 2300-000 | | $18.75 | $16,200.83 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $3.01 | | $16,203.84 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $2.26 | | $16,206.10 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.02 | | $16,208.12 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.06 | | $16,210.18 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.06 | | $16,212.24 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.92 | | $16,214.16 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.12 | | $16,216.28 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $1.76 | | $16,218.04 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $1.27 | | $16,219.31 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.15 | | $16,220.46 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.66 | | $16,221.12 |
| | | | **SUBTOTALS** | | **$16,239.87** | **$18.75** | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-09845-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ENERGY HEALTH & FITNESS CENTER, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5965 | Money Market Acct #: | ******6365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/14/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/03/2009 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #06-09845, 2009 Blanket Bond at .80/$1000 | 2300-000 | | $0.02 | $16,221.10 |
| 02/03/2009 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #06-09845, 2009 Blanket Bond at .80/$1000 | 2300-003 | | ($0.02) | $16,221.12 |
| 02/03/2009 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #06-09845, 2009 Blanket Bond Premium | 2300-000 | | $14.03 | $16,207.09 |
| 02/03/2009 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #06-09845, 2009 Blanket Bond Premium | 2300-003 | | ($14.03) | $16,221.12 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.61 | | $16,221.73 |
| 03/09/2009 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #06-09845 | 2300-000 | | $20.27 | $16,201.46 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.70 | | $16,202.16 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.66 | | $16,202.82 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.63 | | $16,203.45 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.70 | | $16,204.15 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.68 | | $16,204.83 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.68 | | $16,205.51 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.66 | | $16,206.17 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.66 | | $16,206.83 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.68 | | $16,207.51 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.68 | | $16,208.19 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.63 | | $16,208.82 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.61 | | $16,209.43 |
| 03/23/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | $0.52 | | $16,209.95 |
| 03/23/2010 | | To Account #********6366 | In preparation of Distribution | 9999-000 | | $16,209.95 | $0.00 |
| | | | **SUBTOTALS** | | $9.10 | $16,230.22 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-09845-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ENERGY HEALTH & FITNESS CENTER, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5965 | Money Market Acct #: | ******6365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/14/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  | **TOTALS:** |  | $16,248.97 | $16,248.97 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $16,209.95 | |
|  |  |  | **Subtotal** |  | $16,248.97 | $39.02 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $16,248.97 | $39.02 | |

| For the period of 8/14/2006 to 9/2/2010 | | For the entire history of the account between 02/21/2007 to 9/2/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,248.97 | Total Compensable Receipts: | $16,248.97 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,248.97 | Total Comp/Non Comp Receipts: | $16,248.97 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $39.02 | Total Compensable Disbursements: | $39.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39.02 | Total Comp/Non Comp Disbursements: | $39.02 |
| Total Internal/Transfer Disbursements: | $16,209.95 | Total Internal/Transfer Disbursements: | $16,209.95 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09845-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ENERGY HEALTH & FITNESS CENTER, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5965 | Checking Acct #: | ******6366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/14/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/23/2010 | | From Account #********6365 | In preparation of Distribution | 9999-000 | $16,209.95 | | $16,209.95 |
| 03/23/2010 | 101 | Clerk of Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | $250.00 | $15,959.95 |
| 03/23/2010 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $2,374.78, Trustee Compensation; Reference: | 2100-000 | | $2,374.78 | $13,585.17 |
| 03/23/2010 | 103 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $116.49, Trustee Expenses; Reference: | 2200-000 | | $116.49 | $13,468.68 |
| 03/23/2010 | 104 | Popwcer Katten, Ltd. | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | $967.50 | $12,501.18 |
| 03/23/2010 | 105 | Leibowitz Law Center | Dividend paid 100.00% on $2,145.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $2,145.00 | $10,356.18 |
| 03/23/2010 | 106 | Leibowitz Law Center | Dividend paid 100.00% on $4.07, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $4.07 | $10,352.11 |
| 03/23/2010 | 107 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $416.73; Filed: $0.00 for Federal W/H | 5300-000 | | $416.73 | $9,935.38 |
| 03/23/2010 | 108 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $129.19; Filed: $0.00 for FICA | 5300-000 | | $129.19 | $9,806.19 |
| 03/23/2010 | 109 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $30.22; Filed: $0.00 for Medicare | 5300-000 | | $30.22 | $9,775.97 |
| 03/23/2010 | 110 | ILLINOIS DEPT. OF REVENUE | Dividend paid 100.00% on $62.51; Filed: $0.00 for State W/H | 5300-000 | | $62.51 | $9,713.46 |
| 03/23/2010 | 110 | ILLINOIS DEPT. OF REVENUE | Dividend paid 100.00% on $62.51; Filed: $0.00 for State W/H | 5300-003 | | ($62.51) | $9,775.97 |
| 03/23/2010 | 111 | Laura Brenner | Dividend paid 100.00% on $131.21; Claim# 4; Filed: $189.20; Reference: | 5300-000 | | $131.21 | $9,644.76 |
| 03/23/2010 | 112 | Ann Francis | Dividend paid 100.00% on $575.21; Claim# 5; Filed: $829.44; Reference: | 5300-000 | | $575.21 | $9,069.55 |
| 03/23/2010 | 113 | Theresa A. Leeer | Dividend paid 100.00% on $312.42; Claim# 6; Filed: $450.50; Reference: | 5300-000 | | $312.42 | $8,757.13 |
| | | | **SUBTOTALS** | | $16,209.95 | $7,452.82 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09845-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ENERGY HEALTH & FITNESS CENTER, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5965 | Checking Acct #: | ******6366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/14/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/23/2010 | 114 | Leslie Nolan | Dividend paid 100.00% on $47.85; Claim# 8; Filed: $69.00; Reference: | 5300-000 | | $47.85 | $8,709.28 |
| 03/23/2010 | 115 | Brenda Wiltgen | Dividend paid 100.00% on $20.80; Claim# 9; Filed: $30.00; Reference: | 5300-000 | | $20.80 | $8,688.48 |
| 03/23/2010 | 116 | Carley Maxwell | Dividend paid 100.00% on $175.98; Claim# 12; Filed: $253.75; Reference: | 5300-000 | | $175.98 | $8,512.50 |
| 03/23/2010 | 117 | Katherine D. Druhan | Dividend paid 100.00% on $181.52; Claim# 15; Filed: $261.75; Reference: | 5300-000 | | $181.52 | $8,330.98 |
| 03/23/2010 | 118 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $129.19; Filed: $0.00 for FICA | 5800-000 | | $129.19 | $8,201.79 |
| 03/23/2010 | 119 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $30.22; Filed: $0.00 for Medicare | 5800-000 | | $30.22 | $8,171.57 |
| 03/23/2010 | 120 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $41.68; Filed: $0.00 for FUTA | 5800-000 | | $41.68 | $8,129.89 |
| 03/23/2010 | 121 | IDES SPRINGFIELD | Dividend paid 100.00% on $41.68; Filed: $0.00 for SUTA | 5800-000 | | $41.68 | $8,088.21 |
| 03/23/2010 | 122 | Department of the Treasury-Internal Revenue Service | Dividend paid 100.00% on $2,146.00; Claim# 11; Filed: $2,146.00; Reference: | 5800-000 | | $2,146.00 | $5,942.21 |
| 03/23/2010 | 122 | Department of the Treasury-Internal Revenue Service | Dividend paid 100.00% on $2,146.00; Claim# 11; Filed: $2,146.00; Reference: | 5800-003 | | ($2,146.00) | $8,088.21 |
| 03/23/2010 | 123 | Illinois Department of Employment Sec | Dividend paid 100.00% on $1,804.03; Claim# 16B; Filed: $1,804.03; Reference: | 5800-000 | | $1,804.03 | $6,284.18 |
| 03/23/2010 | 124 | ComEd Company | Dividend paid 3.22% on $3,202.33; Claim# 1; Filed: $3,202.33; Reference: | 7100-000 | | $103.24 | $6,180.94 |
| 03/23/2010 | 125 | Everflex Fitness Flooring Inc. | Dividend paid 3.22% on $5,280.00; Claim# 2; Filed: $5,280.00; Reference: | 7100-000 | | $170.22 | $6,010.72 |
| 03/23/2010 | 126 | Concrete Coatings of IL | Dividend paid 3.22% on $4,000.00; Claim# 3; Filed: $4,000.00; Reference: | 7100-000 | | $128.96 | $5,881.76 |
| 03/23/2010 | 127 | Mokena Plaza LLC | Dividend paid 3.22% on $49,104.39; Claim# 7; Filed: $49,104.39; Reference: | 7100-000 | | $1,583.10 | $4,298.66 |
| | | | **SUBTOTALS** | | $0.00 | $4,458.47 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 06-09845-SPS | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | ENERGY HEALTH & FITNESS CENTER, INC | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******5965 | | | **Checking Acct #:** | ******6366 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 8/14/2006 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/2/2010 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/23/2010 | 128 | American Express Bank FSB | Dividend paid  3.22% on $4,207.14; Claim# 10; Filed: $4,207.14; Reference: | 7100-000 | | $135.64 | $4,163.02 |
| 03/23/2010 | 129 | Pudget Sound Leasing | Dividend paid  3.22% on $35,997.22; Claim# 13; Filed: $35,997.22; Reference: | 7100-000 | | $1,160.53 | $3,002.49 |
| 03/23/2010 | 130 | Climate Master Mechanical | Dividend paid  3.22% on $4,440.00; Claim# 14; Filed: $4,440.00; Reference: | 7100-000 | | $143.14 | $2,859.35 |
| 03/23/2010 | 131 | Illinois Department Employment Secu | Dividend paid  3.22% on $50.00; Claim# 16; Filed: $50.00; Reference: | 7100-000 | | $1.61 | $2,857.74 |
| 03/23/2010 | 132 | Mr. & Mrs. Boniecki | Dividend paid  3.22% on $15,000.00; Claim# 17; Filed: $15,000.00; Reference: | 7100-000 | | $483.59 | $2,374.15 |
| 03/23/2010 | 133 | Nuway Disposal Service, Inc. | Dividend paid  3.22% on $181.83; Claim# 19; Filed: $181.83; Reference: | 7100-000 | | $5.86 | $2,368.29 |
| 03/23/2010 | 134 | Nicor Gas | Dividend paid  3.22% on $4,956.00; Claim# 21; Filed: $4,956.00; Reference: | 7100-000 | | $159.78 | $2,208.51 |
| 04/09/2010 | | Wire out to BNYM account ********6366 | Wire out to BNYM account ********6366 | 9999-000 | ($2,146.00) | | $62.51 |
| 05/25/2010 | | Wire out to BNYM account ********6366 | Wire out to BNYM account ********6366 | 9999-000 | ($62.51) | | $0.00 |

**SUBTOTALS** ($2,208.51)   $2,090.15

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09845-SPS | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | ENERGY HEALTH & FITNESS CENTER, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5965 | Checking Acct #: | ******6366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/14/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **TOTALS:** | | $14,001.44 | $14,001.44 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $14,001.44 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $14,001.44 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $14,001.44 | |

| For the period of 8/14/2006 to 9/2/2010 | | For the entire history of the account between 01/11/2008 to 9/2/2010 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $14,001.44 | Total Internal/Transfer Receipts: | $14,001.44 |
| | | | |
| Total Compensable Disbursements: | $14,001.44 | Total Compensable Disbursements: | $14,001.44 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,001.44 | Total Comp/Non Comp Disbursements: | $14,001.44 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10     Exhibit 9

| Case No. | 06-09845-SPS | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | ENERGY HEALTH & FITNESS CENTER, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5965 | Checking Acct #: | ******6366 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking Account |
| For Period Beginning: | 8/14/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $16,248.97 | $16,248.97 | $0.00 |

**For the period of 8/14/2006 to 9/2/2010**

| | |
| --- | ---: |
| Total Compensable Receipts: | $16,248.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,248.97 |
| Total Internal/Transfer Receipts: | $16,209.95 |
| | |
| Total Compensable Disbursements: | $16,248.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,248.97 |
| Total Internal/Transfer Disbursements: | $16,209.95 |

**For the entire history of the case between 08/14/2006 to 9/2/2010**

| | |
| --- | ---: |
| Total Compensable Receipts: | $16,248.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,248.97 |
| Total Internal/Transfer Receipts: | $16,209.95 |
| | |
| Total Compensable Disbursements: | $16,248.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,248.97 |
| Total Internal/Transfer Disbursements: | $16,209.95 |